# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

December 10, 2010

No. 10-30247

Lyle W. Cayce
Clerk

TECTRANS, INCORPORATED; YELLOW CAB OF GREATER ORANGE COUNTY,

Plaintiffs-Appellees

v.

NEW ORLEANS AVIATION BOARD,

Defendant-Appellant

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:09-CV-3461

Before WIENER, GARZA, and PRADO, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  *See* 5TH CIR. R. 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.